JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DAVID WOOLCOCK,<br><br>    Plaintiff,<br><br>vs.<br><br>CONAGRA FOODS, INC., a Delaware Corporation; THE J. M. SMUCKER COMPANY, an Ohio Corporation; WESTERN INDUSTRIAL EQUIPMENT MOVERS, INC., A California cORPORATION and DOES 1 through 10; Inclusive,<br><br>    Defendants. | CASE NO. SACV 10-870 CJC(RNBx)<br><br>Hon. Judge Cormac J. Carney<br><br>[~~PROPOSED~~] ORDER REMANDING ENTIRE ACTION TO STATE COURT |

Following the granting of PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT and the FIRST AMENDED COMPLAINT having been filed on March 14, 2011, IT IS HEREBY ORDERED:

The case shall be and hereby is remanded to State Court.

Dated: March 15, 2011

APPROVED AND SO ORDERED  _____

Hon. Judge Cormac J. Carney
United States District Court Judge

-1-
[~~PROPOSED~~] ORDER REMANDING ENTIRE ACTION TO STATE COURT